# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154103

PEOPLE OF THE STATE OF MICHIGAN,
             Plaintiff-Appellee,
v                                                          SC:  154103
                                                           COA:  331966
                                                           Oakland CC:  2011-236622-FH
BARBARA MIRA JOHNSON,
             Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the April 27, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2017



s0606

                                                           Clerk